1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEIDY MARIA VARGAS, an individual,<br><br>Defendant. | Case No. 2:16-cv-01735-CAS (AJW)<br><br>**DISCOVERY MATTER**<br><br>(Honorable Andrew J. Wistrich)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Filed concurrently with Stipulated Protective Order]<br><br>Complaint Filed: March 14, 2016 |
| KEIDY MARIA VARGAS an individual,<br><br>Counter-Complainant,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa Corporation and ROES 1-10,<br><br>Counter-Defendant. | |

36183443v1 0972393

# **ORDER**

Good cause having been shown within the parties' Stipulated Protective Order (the "Stipulation"), the Court hereby orders that the handling of confidential, private, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED.**

DATED: August 31, 2016   _____
THE HON. ANDREW J. WISTRICH
United States Magistrate Judge

1

36183443v1 0972393