1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEIDY MARIA VARGAS, an individual,<br><br>Defendant. | Case No. 2:16-cv-01735-CAS (AJW)<br><br>(Honorable Christina A. Snyder)<br><br>**[PROPOSED] ORDER DISMISSING THE CASE WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:  March 14, 2016 |
| KEIDY MARIA VARGAS an individual,<br><br>Counter-Complainant,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, an Iowa Corporation and ROES 1-10,<br><br>Counter-Defendant. | |

36232197v1 0972393

1

## ORDER

2   The parties, by and through their attorneys of record, have stipulated to a
3 dismissal of the entire action with prejudice.  IT IS HEREBY ORDERED that this
4 action be dismissed with prejudice, in its entirety, pursuant to stipulation of the
5 parties and pursuant to Federal Rule of Civil Procedure 41.  Each party shall bear
6 her/its own attorneys' fees and costs.

7   **IT IS SO ORDERED.**

8

9

10  DATED:  January 3, 2017

*Christina A. Snyder*
THE HON. CHRISTINA A. SNYDER
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

36232197v1 0972393